# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>      Plaintiff,<br><br>      v.<br><br>CINDY CHOW, et al.,<br><br>      Defendants. | Case No.  1:14-cv-01826---SAB<br><br>ORDER DIRECTING CLERK TO TERMINATE CERTAIN DEFENDANTS |

      On January 5, 2015, Plaintiff Ronald Moore ("Plaintiff") filed a notice of voluntary dismissal of the claims against Defendants Jeffery A. Chow and Jason G. Chow pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which permits dismissal of an action without a court order.  (ECF No. 11.)

      In accordance with Plaintiff's notice, it is HEREBY ORDERED that the Clerk's Office shall administratively terminate Defendants Jeffery A. Chow and Jason G. Chow from the docket in this action.  This action shall remain open and proceed against Defendants Cindy Chow and Jaswant Singh Sandhu.

IT IS SO ORDERED.

Dated:  **January 6, 2015**

UNITED STATES MAGISTRATE JUDGE

1