1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No.  1:14-cv-01826-SAB |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION;  ORDER** |
| vs. | |
| CINDY CHOW, Trustee of THE CHOW FAMILY TRUST dated October 6, 1993, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant Cindy Chow, Trustee of the Chow Family Trust dated October 6, 1993, the parties who have appeared in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: June 10, 2015                                    MOORE LAW FIRM, P.C.


                                                       /s/ Tanya E. Moore
                                                       Tanya E. Moore
                                                       Attorney for Plaintiff
                                                       Ronald Moore

Date: June 10, 2015                                    GILMORE MAGNESS LEIFER


                                                       /s/ David M. Gilmore
                                                       David M. Gilmore
                                                       Attorneys for Defendant
                                                       Cindy Chow, Trustee of the Chow Family Trust
                                                       dated October 6, 1993

### **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.  Each party shall bear its own attorney's fees and costs.


IT IS SO ORDERED.

Dated:   **June 18, 2015**  
                                                       UNITED STATES MAGISTRATE JUDGE